# EXHIBIT A

# EXHIBIT A

Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 3,046,806
Registered Jan. 17, 2006

## SERVICE MARK
### PRINCIPAL REGISTER



MOGANNAM, PAUL I. (UNITED STATES INDIVIDUAL)
431 WESTMOOR AVE
DALY CITY, CA 94915

FOR: RESTAURANT SERVICES, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 4-20-1999; IN COMMERCE 4-20-1999.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BEER ON TAP," "HAMBURGERS," "FRIES," AND "SHAKES", APART FROM THE MARK AS SHOWN.

THE COLOR(S) PANTONE 485C, 8 PTS PANTONE YELLOW 50, 8 POINTS PANTONE RUBIN WHITE, WHITE, PANTONE 142C, 3.5 POINTS PANTONE YELLOW 21.9; .5 POINTS PANTONE RUBEN RED 3.1, AND PANTONE TRANS. WHITE 75.0 IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF BURGERMEISTER" LETTERING COLORS ARE PANTONE 485C, 8 PTS PANTONE YELLOW 50, 8 POINTS PANTONE RUBIN WHITE. THE INLINE TO THE LETTERS "BURGERMEISTER" IS WHITE. BACK GROUND COLORS ARE PANTONE 142C, 3.5 POINTS PANTONE YELLOW 21.9; .5 POINTS PANTONE RUBEN RED 3.1, AND 12 POINTS PANTONE TRANS. WHITE 75.0.

THE ENGLISH TRANSLATION OF THE WORD MEISTER IN THE MARK IS MAYOR OR HEAD OF A TOWN.

SN 78-292,476, FILED 8-26-2003.

DARRYL SPRUILL, EXAMINING ATTORNEY

Side - 1



**NOTICE OF ACCEPTANCE AND ACKNOWLEDGEMENT OF §§8 & 15 DECLARATION**
**MAILING DATE: May 28, 2011**

The combined declaration of use and incontestability filed in connection with the registration identified below meets the requirements of Sections 8 and 15 of the Trademark Act, 15 U.S.C. §1058 and 1065. The combined declaration is accepted and acknowledged. The registration remains in force.

For further information about this notice, visit our website at: http://www.uspto.gov. To review information regarding the referenced registration, go to http://tarr.uspto.gov.

**REG NUMBER:** 3046806
**MARK:** BEER ON TAP BURGER MEISTER HAMBURGERS FR ETC.
**OWNER:** Mogannam, Paul I.

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA 22313-1451

FIRST-CLASS
MAIL
U.S POSTAGE
PAID

Jimmie L. Williams
Burnham Brown
1901 Harrison Street
14th Floor
Oakland, CA 94612

# Jimmie L. Williams, Jr.

| | |
|---|---|
| **From:** | TEAS@uspto.gov |
| **Sent:** | Friday, January 15, 2016 10:46 AM |
| **To:** | jimmie@jwatlaw.com |
| **Subject:** | 3716.100 Registration number 3046806: Received Your Combined Declaration of Use and Renewal under Sections 8 & 9 |

We have received your Combined Sections 8 and 9 Declaration/Application for registration number '3046806'. A summary of your submission is listed below. If you determine that you made an error in the information you entered, **DO NOT** request any changes by e-mail, because the TEAS Support Team cannot make corrections. You may submit a new document and new fees, if time remains in the statutory period; however, the USPTO will not refund any fees paid as part of this current submission. For further information, please contact the Post Registration Division at (571) 272-9500, and ask to speak to an Affidavit Renewal Examiner. Or, see Chapter 1600 of the Trademark Manual of Examining Procedure, at
http://tess2.uspto.gov/tmdb/tmep/1600.htm


**REGISTRATION NUMBER:** 3046806
**REGISTRATION DATE:** 01/17/2006

**MARK:** (Stylized and/or with Design, BEER ON TAP BURGER MEISTER HAMBURGERS FR)

The owner, Paul I Mogannam, DBA BurgerMeister Management, Inc., a citizen of United States, having an address of
    499 Santa Barbara Ave.
    Daly City, California 94014
    United States
is filing a Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9.

For International Class 043, the mark is in use in commerce on or in connection with **all** goods/services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Restaurant Services ; or, the owner is making the listed excusable nonuse claim.

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) BURGERMEISTER Restaurant Menu.
1 [SPN0-50131102105-20160115131913958147_._burgermeister-full-menu.pdf ]
The registrant's current Attorney Information: Jimmie L. Williams of  Burnham Brown
    14th Floor
    1901 Harrison Street
    Oakland, California 94612
    United States
The docket/reference number is 3716.100.

The registrant's proposed Attorney Information: Jimmie L. Williams of  Law Offices of Jimmie L. Williams
    141 Alamo Ranch Road
    Alamo, California 94507-2031

1

United States
The docket/reference number is 3716.100.

The phone number is (213) 361-9327.

The fax number is (925) 552-6028.

The email address is jimmie@jwatlaw.com.
The registrant's current Correspondence Information: Jimmie L. Williams of  Burnham Brown
   14th Floor
   1901 Harrison Street
   Oakland, California 94612
   United States
The docket/reference number is 3716.100.

The registrant's proposed Correspondence Information: Jimmie L. Williams of  Law Offices of Jimmie L. Williams
   141 Alamo Ranch Road
   Alamo, California 94507-2031
   United States
The docket/reference number is 3716.100.

The phone number is (213) 361-9327.

The fax number is (925) 552-6028.

The email address is jimmie@jwatlaw.com.

A fee payment in the amount of $400 was submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

## Declaration

**Section 8: Declaration of Use and/or Excusable Nonuse in Commerce**
*Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services, or to indicate membership in the collective membership organization identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.*

The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Section 9: Application for Renewal**
*The registrant requests that the registration be renewed for the goods/services identified above.*

Signature: /Jimmie L. Williams/     Date: 01/15/2016

2

Signatory's Name: Jimmie L. Williams
Signatory's Position: Attorney of record, CA bar member
Signatory's Phone: (213) 361-9327

---

**NOTE:** If you would like to suggest additions or changes to the design search codes assigned to your mark, please send an email to TMDesignCodeComments@USPTO.GOV (please include the registration number of your mark on ALL correspondence with the USPTO) or call 1-800-786-9199 to speak with a Customer Service Representative. No fee is necessary. The USPTO will review your request and update the record if appropriate. Design search codes are described on Internet Web page http://tess2.uspto.gov/tmdb/dscm/index.htm. You may review the USPTO-assigned design codes for your mark by retrieving current information about your mark in the TSDR system at http://tsdr.uspto.gov/ and looking under "Additional Information."


Thank you,

The TEAS support team
Fri Jan 15 13:46:23 EST 2016
STAMP: USPTO/S08N09-50.131.102.105-20160115134623692286-3046806-550a612cf9235f10e1e42bf5861469d1cbc468882f7beb1cfbc8d7d2f834531322-CC-33-20160115131913958147